1  JOSE R. MATA, SBN 83724, OSB 80305
   E-Mail: JMata@wagelawyer.com
2  **BAILEY PINNEY, PC**
   1498 SE Tech Center Place, Suite 290
3  Vancouver, WA 98683
   Telephone: (360)567-2551; Fax: (360)567-3331
4
   BONNIE MAC FARLANE, SBN 161526
5  E-Mail:  BMacfarlane@wagelawyer.com
   **BAILEY PINNEY, PC**
6  720 Howe Street, Suite 113
   Sacramento, CA 95825
7  Telephone: (916)923-5537; Fax: (916)923-5587

8  SUSAN SIMMONS SEEMILLER SBN 150546
   E-Mail: SSeemiller@wagelawyer.com
9  **BAILEY PINNEY, PC**
   840 County Square Drive
10 Ventura, CA 93003
   Telephone: (805) 339-9090; Fax:  (805) 339-0090
11
   Attorneys for Plaintiffs Ross, Ramos, Prasad and Smith

12
13              **IN THE UNITED STATES DISTRICT COURT**

14              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

15

16 | ANN ROSS, DENNIS RAMOS, MAURITA PRASAD, AND KELLY SMITH, individually and on behalf of all others similarly situated, | Case No. C 07-02951 SI  **DENYING** |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER** ~~GRANTING~~ **PLAINTIFF'S MOTION FOR LEAVE TO FILE A MOTION FOR RE-CONSIDERATION** |
| vs. | |
| US BANK NATIONAL ASSOCIATION, dba US Bank, | |
| Defendant. | Hon.  Susan Illston |

23       Having considered Plaintiffs' Motion for Leave to File a Motion for Reconsideration of the

24 Stay of the Oregon Class claims and having considered the other pertinent documents in the record, the

25 Court rules as follows:

26 //

27 //

28

---

1  ~~Plaintiff's Motion for Leave to File a Motion for Reconsideration is GRANTED. Plaintiffs~~

2  ~~may file the proposed motion for Reconsideration. Defendant shall file a response by:~~

3  ~~_____. This matter is to be submitted without oral argument.~~

4

5  IT IS SO ORDERED.

6

7  Dated: _____          _____
                                   THE HONORABLE SUSAN B. ILLSTON
8                                  Unite States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

[Proposed] Order Granting Plaintiff's Motion for Leave to File a Motion for Reconsideration - Case No. C 07-02951 SI

2