JUDITH DROZ KEYES (CA State Bar No. 66408)
STUART W. MILLER (CA State Bar No. 127766)
KATHLEEN D. POOLE (CA State Bar No. 228815)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111-6533
Telephone:    (415) 276-6500
Facsimile:     (415) 276-6599
jkeyes@dwt.com
stuartmiller@dwt.com

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN ROSS, DENNIS RAMOS, MAURITA PRASAD, TAMARA BURKHART, NANETTE RENEE HOUSKEN, and KELLY SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION, DBA U.S. BANK,<br><br>Defendant. | Case No. C 07-2951 SI<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION OF DEFENDANT U.S. BANK NATIONAL ASSOCIATION FOR LEAVE TO FILE A SURREPLY IN OPPOSITION TO PLAINTIFFS' MOTION TO CLARIFY**<br><br>Courtroom:      10<br><br>Hon. Susan Illston |

The Court finds that Defendant U.S. Bank National Association ("U.S. Bank") has good cause to file a surreply memorandum in opposition to Plaintiffs' Motion to Clarify the *Colorado River* Stay as to the FLSA Claims of Oregon Plaintiffs ("Motion to Clarify"). Plaintiffs' reply memorandum in support of the Motion to Clarify introduces a new fact and a new argument that were not presented in the Motion to Clarify, and Plaintiffs therefore do not oppose the filing of a surreply.

For these reasons, U.S. Bank is GRANTED leave to file the surreply memorandum attached as Exhibit A to its Administrative Motion.

IT IS SO ORDERED.

Dated: _____      _____
THE HONORABLE SUSAN ILLSTON
United States District Court Judge

DAVIS WRIGHT TREMAINE LLP