IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN ROSS, *et al.*, | No. C 07-2951 SI |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO PARTIALLY LIFT *COLORADO RIVER* STAY AS TO THE CLAIMS OF PLAINTIFF SMITH** |
| v. | |
| U.S. BANK NATIONAL ASSOCIATION, | |
| Defendant. | |

Plaintiffs have filed a motion to partially lift the *Colorado River* stay as to plaintiff Smith's fourth, fifth and eighth causes of action as alleged in the second amended complaint. Defendant has filed a statement of non-opposition to the motion; defendant states that its non-opposition is based upon and contingent upon the ongoing accuracy of the representation by plaintiffs' counsel that their client James Tate, the plaintiff in *James Tate et al. v. U.S. Bank National Association*, Case No. 0607-07188 Circuit Court of Oregon, County of Multnomah, has dropped all claims for class action treatment in the *Tate* case and will not seek class action treatment in the *Tate* case.

Based upon these representations by plaintiffs' counsel and defendant's non-opposition to the motion, the Court hereby GRANTS the motion and VACATES the July 25, 2008 hearing. (Docket No. 115). Plaintiffs counsel is directed to immediately notify the Court and defense counsel if the plaintiffs in *Tate* decide to seek class certification.

**IT IS SO ORDERED.**

Dated: July 21, 2008

SUSAN ILLSTON
United States District Judge