JOSE R. MATA, SBN 83724, OSB 80305
E-Mail: JMata@wagelawyer.com
**BAILEY PINNEY, PC**
1498 SE Tech Center Place, Suite 290
Vancouver, WA 98683
Telephone: (360)567-2551; Fax: (360)567-3331

BONNIE MAC FARLANE, SBN 161526
E-Mail: BMacfarlane@wagelawyer.com
**BAILEY PINNEY, PC**
720 Howe Street, Suite 113
Sacramento, CA 95825
Telephone: (916)923-5537; Fax: (916)923-5587

SUSAN SIMMONS SEEMILLER SBN 150546
E-Mail: SSeemiller@wagelawyer.com
**BAILEY PINNEY, PC**
840 County Square Drive
Ventura, CA 93003
Telephone: (805) 339-9090; Fax: (805) 339-0090

Attorneys for Plaintiffs Ann Ross, Dennis Ramos, Maurtia Prasad, Tamara Burkhart, Nannette Houseken and Kelly Smith

**NOT APPROVED**

9/15/08 Denied by Judge Alsup, General Duty Judge

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN ROSS, DENNIS RAMOS, MAURTIA PRASAD, TAMARA BURKHART, NANNETTE HOUSEKEN and KELLY SMITH, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> US BANK NATIONAL ASSOCIATION, dba US BANK, <br><br> Defendant. | Case No. C 07-02951 SI <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO TAKE OFF CALENDAR OR IN THE ALTERNATIVE TO CONTINUE HEARING DATE OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: CLAIM FOUR** <br><br> No hearing date on administrative motion <br><br> Hon. Susan Illston |

Having considered Plaintiff's Motion and the papers submitted in support thereof, and good cause appearing, IT IS HEREBY ORDERED AS FOLLOWS:

The Court hereby GRANTS Plaintiff's Motion to Take off Calendar and to defer briefing on Defendant's Motion for Partial Summary Judgment Re: Claim Four.

[Proposed] Order Granting Plaintiff's Administrative Motion to Take Off Calendar or in the Alternative to Continue Hearing Date of Defendant's Motion for Partial Summary Judgment re: Claim Four- Case No. C 07-02951 SI

1

1    The Court hereby GRANTS Plaintiff's Motion to Continue the Hearing Date and defers
2  briefing until a new hearing is set.
3    The hearing on Defendant's motion is continued to _____, 2008.
4    The Court shall consider the scheduling of Defendant's motion and briefing thereon on
5  October 3, 2008.

6

7  **IT IS SO ORDERED.**

8    Dated: September ____, 2008        _____
                                          Susan Illson
9                                         U.S. District Judge

---

[Proposed] Order Granting Plaintiff's Administrative Motion to Take Off Calendar or in the Alternative to Continue Hearing Date of Defendant's Motion for Partial Summary Judgment re: Claim Four- Case No. C 07-02951 SI

2