JOSE R. MATA, SBN 83724, OSB 803057
Email: JMata@wagelawyer.com
**BAILEY PINNEY, PC**
1498 SE Tech Center Place, Suite 290
Vancouver, WA 98683
Telephone: (360)567-2551; Fax: (360)567-3331

SUSAN SIMMONS SEEMILLER SBN 150546
Email: SSeemiller@wagelawyer.com
**BAILEY PINNEY, PC**
840 County Square Drive
Ventura, CA 93003
Telephone: (805) 339-9090; Fax:  (805) 339-0090

KRISTOPHER P. BADAME, SBN 210349
Email: kbadame@mullenbadame.com
GRANT R. MULLEN, SBN 109686
Email: gmullen@mullenbadame.com
**MULLEN & BADAME, LLP**
25950 Acero, Suite 370
Mission Viejo, CA  92691
Telephone: (949) 462-7171; Fax (949) 462-7172

Attorneys for Plaintiffs Ross, Ramos, Smith,
Prasad, Burkhart and Housken

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN ROSS, DENNIS RAMOS, MAURITA PRASAD, TAMARA BURKHART, NANETTE HOUSKEN, and KELLY SMITH, individually and on behalf of all others similarly situated,, <br><br>          Plaintiffs, <br> vs. <br><br> US BANK NATIONAL ASSOCIATION, dba US Bank, <br>          Defendant. | Case No. C 07-02951 SI <br><br> **NOTICE OF CLOSURE OF THE SACRAMENTO OFFICE OF BAILEY PINNEY PC AND APPLICATION AND [PROPOSED] ORDER FOR WITHDRAWAL OF ATTORNEY MAC FARLANE** <br><br><br> Hon.  Susan Illston |

**TO:**   CLERK OF THE COURT, AND ATTORNEYS FOR DEFENDANTS

      **NOTICE IS HEREBY GIVEN** that effective Friday, September 19, 2008, Bailey Pinney PC

is closing its offices in Sacramento California.  Bailey Pinney PC continues to have an office in the

state of California in Ventura, California.  Plaintiffs will no longer be accepting service of any

1   documents at the former Sacramento office of Bailey Pinney PC.

2       PLAINTIFF ALSO HEREBY APPLIES TO THE COURT FOR AN ORDER allowing the

3   withdrawal of Bonnie Mac Farlane, Cal. Bar No. 161526 as one of the attorneys for Plaintiffs Ross,

4   Ramos, Smith, Prasad, Burkhart and Housken individually and on behalf of all others similarly

5   situated.  As of September 19, 2008, Ms. Mac Farlane is no longer affiliated with the law firm of

6   Bailey Pinney PC.

7       Jose R. Mata shall continue as the lead attorney.  Jose R, Mata , Susan Simmons Seemiller and

8   the firm of Bailey Pinney PC and Kristopher P. Badame, Grant R. Mullen, of

9    Mullen & Badame, LLP shall remain as Plaintiff's attorneys of record and no change shall be made

10   thereto.

11       All notices, papers and pleadings, exclusive of process, should be served upon Jose R. Mata at

12   the offices of Bailey Pinney PC, at 1498 SE Tech Center Place, Suite 290, Vancouver WA 98683, and

13   upon Susan Simmons Seemiller at 840 County Square Drive, Ventura, CA 93003. Also, Kristopher P.

14   Badame, Grant R. Mullen, of  Mullen & Badame, LLP, at 25950 Acero, Suite 370, Mission Viejo, CA

15   92691.

16       It is requested that said withdrawal be effective as of September 30, 2008

17

18   DATED: September 19, 2008

19                                        BAILEY PINNY, PC
                                          By_____/s/_____
20                                        Jose R. Mata
                                          Attorneys for Plaintiffs Ross, Ramos, Smith,
21                                        Prasad, Burkhart and Housken

22                                   **ORDER**

23       IT IS HEREBY ORDERED that Plaintiff's application for the withdrawal of attorney Bonnie

24   MacFarlane is hereby GRANTED.  Attorney Bonnie Mac Farlane is no longer an attorney for plaintiff

25   in this case.

26

27   Dated: _____

28                                        THE HONORABLE SUSAN ILLSTON
                                          UNITED STATES DISTRICT JUDGE

---

Plaintiffs' Application for Withdrawal of Bonnie Mac Farlane - Case No. C 07-02951 SI
2